UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Case Numbers: |
| ) | CR 02-S-73-J |
| **KEVIN EKLUND,** ) | CV 05-S-8009-J |
| ) | |
| **Defendant/Movant.** ) | |

### ORDER

On May 22, 2006, the magistrate judge entered his report and recommendation in the above-styled cause, recommending that defendant's motion to vacate sentence, set aside or correct a sentence, filed pursuant to 28 U.S.C. § 2255 be denied. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court ADOPTS the magistrate's report and ACCEPTS the recommendation of the magistrate judge. Consequently, the motion to vacate sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be, and the same is hereby, DENIED.

DONE this 5th day of July, 2006.

_____
United States District Judge